UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 13

MARY S. COPE :

      Debtor : Bankruptcy No. 08-18013bf

................................................

ORDER

................................................

AND NOW, this 26th day of January 2010, for the reasons stated in the accompanying memorandum, it is hereby ordered that:

1. Confirmation of the debtor's proposed fourth amended chapter 13 plan is denied; and

2. The trustee's motion for conversion to chapter 7 will be heard on February 16, 2010 at 11:00 a.m. in Bankruptcy Courtroom #2.  Evidence previously offered in support or in opposition to that motion is incorporated into the February 16th hearing and need not be reintroduced.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Mrs. Mary S. Cope
122 Lancaster Pike South
Willow Street, PA 17584

John A. Digiamberardino, Esq.
Jennifer R. Alderfer, Esq.
Case DiGiamberardino & Lutz, PC
845 North Park Road, Suite 101
Wyomissing, PA 19610

Alan C. Gershenson, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

William C. Miller, Esq.
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106

Kimberly A. Bonner, Esq.
Zucker, Goldgerg & Ackerman, LLC
200 Sheffield Street, Suite 301
Mountainside, NJ 07092

Matthew C. Samley, Esq.
Reese, Pugh, Samley , Wagenseller, P.C
120 North Shippen Street
Lancaster, PA 17602

William Hronis, Esq.
609 Hamilton St
Allentown PA 18101

G. Keith Mitchell, Jr.
700 South Smith Drive
Quarryville, PA 17566

courtroom deputy